UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> -against- ) <br> ) <br> TRUSTEES OF BOSTON COLLEGE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 1:19-cv-11626 (DPW) <br> *SEALED* |

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF HIS MOTION FOR A TEMPORARY RESTRAINING ORDER AND A <u>PRELIMINARY INJUNCTION</u>**

Pursuant to Local Rule 7.1(b)(3), Plaintiff John Doe respectfully requests that the Court grant him leave to file a reply brief of no more than 15 pages in support of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, filed on August 14, 2019. Defendants have assented to the relief that Plaintiff seeks in this motion. In support of his motion, Plaintiff states:

1. Plaintiff filed this action on July 29, 2019, asserting claims against the Defendants for violation of Title IX of the Education Amendments of 1972 (20 U.S.C. § 1981 *et seq*.), Breach of Contract, Breach of Contract/Common Law: Denial of Basic Fairness/Arbitrary and Capricious Decision Making, Estoppel and Negligence.

2. Along with his Complaint, on July 29, 2019, Plaintiff also filed his Motion for a Temporary Restraining Order and a Preliminary Injunction enjoining Defendants from enforcing Plaintiff's one-year suspension.

3. On July 30, 2019, Defendants filed their opposition to Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction.

4. The Hearing on Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction has been set for August 20, 2019.

5. Plaintiff seeks leave to file a reply brief to ensure that he has an adequate opportunity to respond to the arguments raised in Defendants' opposition brief.

6. The parties have conferred and Defendants assent to the relief requested in this motion. Due to the upcoming August 20, 2019 hearing, Plaintiff's reply is being filed simultaneously, with this Motion, on August 14, 2019. No party will be prejudiced by the relief requested.

WHEREFORE, Plaintiff respectfully requests leave to file a reply brief of no more than 15 pages in support of his Motion for a Temporary Restraining Order and a Preliminary Relief on August 14, 2019.

Dated: August 14, 2019

Respectfully submitted,

*/s/ Tara J. Davis*
Andrew T. Miltenberg, Esq. (*pro hac vice* pending)
Stuart Bernstein, Esq. (*pro hac vice* pending)
Tara J. Davis, Esq.
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001
Telephone: (212) 736-4500
Facsimile: (212) 736-2260
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
tdavis@nmllplaw.com

*Attorneys for Plaintiff John Doe*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

The undersigned counsel certified that they have conferred with counsel for the Defendants who informed the undersigned that the Defendants assent to the relief requested in this motion.

*/s/ Tara J. Davis*
Tara J. Davis, Esq.


**CERTIFICATE OF SERVICE**

I, Tara J. Davis, hereby certify that on this 14th day of August, 2019, a true copy of the foregoing was filed through electronic mail to all counsel, due to the sealed designation of this matter.

*/s/ Tara J. Davis*
Tara J. Davis, Esq.