UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br><br>　　　　　Defendant | Civil Action No: 1:19-cv-11626-DPW |

**NOTICE OF APPEAL OF PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Defendant Trustees of Boston College appeals to the United States Court of Appeals for the First Circuit from this Court's Order of Preliminary Injunction dated August 20, 2019 and docketed on August 22, 2019 (ECF No. 35). The appeal is brought pursuant to 28 U.S.C. § 1292(a)(1).

　　　　　　　　　　　　　　　　　　　TRUSTEES OF BOSTON COLLEGE,

　　　　　　　　　　　　　　　　　　　/s/Elizabeth H. Kelly
　　　　　　　　　　　　　　　　　　　Daryl J. Lapp (BBO No. 554980)
　　　　　　　　　　　　　　　　　　　　daryl.lapp@lockelord.com
　　　　　　　　　　　　　　　　　　　Elizabeth H. Kelly (BBO No. 672277)
　　　　　　　　　　　　　　　　　　　　liz.kelly@lockelord.com
　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02199
August 28, 2019　　　　　　　　　　　　617.230.0100

**Certificate of Service**

　　This document was served electronically upon all counsel of record by filing through the ECF system on August 28, 2019.

　　　　　　　　　　　　　　　　　　　*/s/* Elizabeth H. Kelly
　　　　　　　　　　　　　　　　　　　Elizabeth H. Kelly