# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Doe v. Trustees of Boston College

District Court Number: 1:19-cv-11626-DPW

Fee: Paid? Yes _X_  No ____   Government filer ____   *In Forma Pauperis* Yes ____  No _X_

Motions Pending   Yes ____ No _X_   Sealed documents   Yes _X_ No ____
If yes, document # ____   If yes, document # ____

*Ex parte* documents   Yes _X_ No ____   Transcripts   Yes ____ No ____
If yes, document # 3-5   If yes, document # ____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#35 Order of Preliminary Injunction

Other information:

Sealed documents: 1-8, 11-14, 16-20, 23-25, 30, 32-33

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#35 and #38

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 38 filed on 8/28/2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/28/2019.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Arnold Pacho
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**