UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff<br><br>　v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br><br>　　　　Defendant | Civil Action No: 1:19-cv-11626-DPW |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

The defendant, Trustees of Boston College ("BC"), moves to dismiss the complaint for failure to state a claim pursuant Fed. R. Civ. P. 12(b)(6). In support of its motion, BC submits the accompanying Memorandum and Declaration of Elizabeth H. Kelly, with exhibits thereto.

　　　　　　　　　　　　　　　　　　TRUSTEES OF BOSTON COLLEGE,

　　　　　　　　　　　　　　　　　　/s/Elizabeth H. Kelly
　　　　　　　　　　　　　　　　　　Daryl J. Lapp (BBO No. 554980)
　　　　　　　　　　　　　　　　　　　 daryl.lapp@lockelord.com
　　　　　　　　　　　　　　　　　　Elizabeth H. Kelly (BBO No. 672277)
　　　　　　　　　　　　　　　　　　　 liz.kelly@lockelord.com
　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　Boston, MA 02199
October 18, 2019　　　　　　　　　　617.230.0100

## Certification Pursuant to Local Rule 7.1(a)(2)

　　I certify that counsel for BC have conferred with opposing counsel in a good-faith effort to narrow or resolve the issues raised in this Motion.

　　　　　　　　　　　　　　　　　　/s/ Elizabeth H. Kelly
　　　　　　　　　　　　　　　　　　Elizabeth H. Kelly

**Certificate of Service**

  I certify that on October 18, 2019, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                /s/ Elizabeth H. Kelly
                Elizabeth H. Kelly

81490178v.2