UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,

        Plaintiff

  v.

TRUSTEES OF BOSTON COLLEGE,

        Defendant

Civil Action No:  1:19-cv-11626-DPW

**DECLARATION OF ELIZABETH H. KELLY**

I, Elizabeth H. Kelly, declare as follows:

1.    I am a member of the bar of the Commonwealth of Massachusetts and Senior Counsel in the law firm Locke Lord LLP.  I am co-counsel of record for the defendant, Trustees of Boston College, in this case.

2.    I make this declaration in support of Defendant's Motion to Dismiss Plaintiff's Complaint for the purpose of transmitting to the Court true and correct copies of the following documents (after replacing the identities of the plaintiff and the complainant with pseudonyms and redacting other personally identifiable information about them):

3.    Exhibit A is a copy of Boston College's 2018-2019 Student Sexual Misconduct Policy.

4.    Exhibit B is a copy of Section 5 of the 2018-2019 Student Guide.

5.    Exhibit C is a copy of Section 4 of the 2018-2019 Student Guide.

6.    Exhibit D is a redacted copy of the investigation report pertaining to the complaint against Doe.  An unreacted copy previously was filed under seal and is available at Dkt. No. 20-1.

7.    Exhibit E is a redacted copy of Doe's June 27, 2019 appeal letter.  An unredacted copy previously was filed under seal and is available at Dkt. No. 13-06.

8. Exhibit F is a redacted copy of the July 24, 2019 letter denying Doe's appeal. An unredacted copy previously was filed under seal and is available at Dkt. No. 13-07.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2019, in Boston, Massachusetts.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly (BBO No. 672277)
liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
617.230.0100

**Certificate of Service**

I certify pursuant that on October 18, 2019, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly