# United States Court of Appeals
## For the First Circuit

No. 19-1871

JOHN DOE,

Plaintiff, Appellee,

v.

TRUSTEES OF BOSTON COLLEGE,

Defendant, Appellant.

**JUDGMENT**

Entered: November 20, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's finding of a probability of success as to John's Doe's claim under Massachusetts contract law is reversed, the grant of preliminary injunction is vacated, and the matter is remanded to the district court for any further proceedings, consistent with the opinion issued this day. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Douglas P. Woodlock
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Andrew T. Miltenberg
Philip Arwood Byler
Tara Jill Davis
Stuart Bernstein
Jeannie Suk Gersen
Daryl J. Lapp
Elizabeth Howar Kelly
Paul G. Lannon Jr.