UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff<br><br>     v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br><br>          Defendant | Civil Action No:  1:19-cv-11626-DPW |

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

The defendant, Trustees of Boston College ("BC"), moves to dismiss the Amended Complaint for failure to state a claim pursuant Fed. R. Civ. P. 12(b)(6).  In support of its motion, BC submits the accompanying Memorandum and incorporates by reference, the Declaration of Elizabeth H. Kelly, Dkt. No. 51, with exhibits thereto.

TRUSTEES OF BOSTON COLLEGE,

/s/Elizabeth H. Kelly
Daryl J. Lapp (BBO No. 554980)
   daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
   liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
November 21, 2019           617.230.0100

**Certification Pursuant to Local Rule 7.1(a)(2)**

I certify that counsel for BC have conferred with opposing counsel in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly

**Certificate of Service**

      I certify that on November 21, 2019, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                                /s/ Elizabeth H. Kelly
                                                Elizabeth H. Kelly