UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff<br><br> v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br><br>   Defendant | Civil Action No: 1:19-cv-11626-DPW |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff John Doe and defendant Trustees of Boston College stipulate that all claims asserted in this action shall be dismissed with prejudice and without costs.

| JOHN DOE, | TRUSTEES OF BOSTON COLLEGE, |
|---|---|
| By: */s/ Stuart Bernstein* | By: */s/ Elizabeth H. Kelly* |
| Andrew T. Miltenberg, Esq. (pro hac vice) | Daryl J. Lapp, Esq. (BBO #554980) |
| Stuart Bernstein, Esq. (pro hac vice) | Elizabeth H. Kelly, Esq. (BBO #672277) |
| NESENOFF & MILTENBERG, LLP | LOCKE LORD LLP |
| 363 Seventh Avenue, Fifth Floor | 111 Huntington Avenue |
| New York, New York 10001 | Boston, Massachusetts 02199 |
| (212) 736-4500 | (617) 230-0100 |
| amiltenberg@nmllplaw.com | daryl.lapp@lockelord.com |
| sbernstein@nmllplaw.com | liz.kelly@lockelord.com |

Tara J. Davis, Esq. (BBO #675346)
Regina M. Federico, Esq. (BBO #700099)
NESENOFF & MILTENBERG, LLP
101 Federal Street, Nineteenth Floor
Boston, Massachusetts 02110
(617) 209-2188
tdavis@nmllplaw.com
rfederico@nmllplaw.com

**Certificate of Service**

  I certify that on September 23, 2020, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                */s/ Elizabeth H. Kelly*
                Elizabeth H. Kelly